PHOEBE A. D. BOYLE et al., as Executors of and Trustees under the Will of JOHN BOYLE, Deceased, Appellants, *v.* JOHN BOYE & COMPANY, INCORPORATED, Respondent.

SAME, Appellants, *v.* SAME, Respondent.

*Boyle* v. *Boyle & Co., Inc.*, 136 App. Div. 367, affirmed.
(Argued January 12, 1911 ; decided January 27, 1911.)

APPEAL in each of the above-entitled actions from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1910, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial. The actions were brought to impress trusts upon certain property in the possession of the defendant.

*Delos McCurdy* and *Horatio C. King* for appellants.

*Charles Strauss* and *Eugene D. Boyer* for respondent.

Order affirmed and judgment absolute ordered against the appellants on the stipulation, with costs in all courts in each case ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.